**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FOTSIS, GEORGE | § | Case No. 12-30442-BWB |
| FOTSIS, TRACY | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2012. The undersigned trustee was appointed on July 31, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $         271,923.60

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 21,867.14 |
   | Administrative expenses | 120,583.48 |
   | Bank service fees | 7,160.42 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 122,312.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/29/2013 and the deadline for filing governmental claims was 07/29/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,482.98. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,482.98, for a total compensation of $12,482.98.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2016          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-30442-BWB  
**Case Name:** FOTSIS, GEORGE  
FOTSIS, TRACY  
**Period Ending:** 11/29/16

**Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/31/12 (f)  
**§341(a) Meeting Date:** 08/23/12  
**Claims Bar Date:** 07/29/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 16667 WATTERS DRIVE, LOCKPORT (u) | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 3 | FIRST MIDWEST | 2,100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 8 | JOHN HYNES PARKING TICKETS | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | DRIVERS LICENSE ILLINOIS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 KIA | 1,250.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 DODGE DURANGO | 15,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 DODGE NEON | 1,900.00 | 0.00 | | 0.00 | FA |
| 13 | PI CASE/MOTORIST CLAIM (u) | Unknown | 300,000.00 | | 271,923.60 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$254,380.00** | **$300,000.00** | | **$271,923.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TFR TO US TEE 10/24/16  
AWAITING FEE APP FROM COUNSEL; NO RETURNS NEEDED; TFR TO FOLLOW  
SETTLEMENT REACHED WITH ALLSTATE; ORDER ENTERED 12/17/14; AWAITING RECEIPT OF $50,000; FINAL TO FOLLOW

DENIED DEBTORS' EXEMPTION IN PI CASE; RECEIVED SETTLEMENT PROCEEDS FROM FARMER'S INSURANCE; PURSUING WIFE'S LOSS OF CONSORTIUM AND FAILURE TO SETTLE CLAIM;

**Initial Projected Date Of Final Report (TFR):**    June 30, 2014    **Current Projected Date Of Final Report (TFR):**    September 30, 2016

Printed: 11/29/2016 07:36 PM    V.13.29

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-30442-BWB  
**Case Name:** FOTSIS, GEORGE  
FOTSIS, TRACY  
**Taxpayer ID #:** **-***1789  
**Period Ending:** 11/29/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/13 | {13} | IL FARMERS INS COMPANY | SETTLEMENT OF MOTORIST CLAIM | 1249-000 | 220,000.00 | | 220,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.60 | 219,757.40 |
| 11/04/13 | 101 | WILLIAM S WOJCIK | FEES & EXPENSES TO SPECIAL COUNSEL PER ORDER OF 11/1/13 | | | 84,320.22 | 135,437.18 |
| | | | FEES                74,925.00 | 3210-600 | | | 135,437.18 |
| | | | EXPENSES         9,395.22 | 3220-610 | | | 135,437.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.11 | 135,227.07 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.96 | 135,013.11 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.66 | 134,812.45 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-30442, BOND#016026455 | 2300-000 | | 113.08 | 134,699.37 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.92 | 134,518.45 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.03 | 134,331.42 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.11 | 134,125.31 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.91 | 133,932.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.22 | 133,746.18 |
| 07/09/14 | {13} | ILLINOIS FARMERS INS CO | BALANCEOF ALLSTATE MEDICAL PAYMENT REIMBURSEMENT | 1249-000 | 1,923.60 | | 135,669.78 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.56 | 135,456.22 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.33 | 135,267.89 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.53 | 135,060.36 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.73 | 134,859.63 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.57 | 134,685.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.56 | 134,465.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.40 | 134,272.10 |
| 02/26/15 | 103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 127.97 | 134,144.13 |
| 02/26/15 | 103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -127.97 | 134,272.10 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 130.27 | 134,141.83 |

Subtotals :    $221,923.60    $87,781.77

{} Asset reference(s)

Printed: 11/29/2016 07:36 PM    V.13.29

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-30442-BWB  
**Case Name:** FOTSIS, GEORGE  
FOTSIS, TRACY  
**Taxpayer ID #:** **-***1789  
**Period Ending:** 11/29/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -130.27 | 134,272.10 |
| 02/26/15 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 | 2300-000 | | 127.97 | 134,144.13 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.25 | 133,963.88 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.65 | 133,758.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.39 | 133,565.84 |
| 05/26/15 | {13} | ALLSTATE INSURANCE COMPANY | SETTLEMENT FUNDS | 1249-000 | 50,000.00 | | 183,565.84 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.50 | 183,375.34 |
| 06/08/15 | 106 | BLUE CROSS/BLUESHIELD OF ILLINOIS | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 15,216.54 | 168,158.80 |
| 06/08/15 | 107 | PALOS COMMUNITY HOSPITAL | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 5,600.00 | 162,558.80 |
| 06/08/15 | 108 | TINLEY WOODS SURGERY CENTER | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 440.60 | 162,118.20 |
| 06/08/15 | 109 | EMERGENCY MEDICAL ASSOCIATES OF PALOS | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 610.00 | 161,508.20 |
| 06/08/15 | 110 | WILLIAM S WOJCIK, LTD | FEES AND COSTS TO SPECIAL COUNSEL | | | 23,772.00 | 137,736.20 |
| | | | FEES          16,666.67 | 3410-580 | | | 137,736.20 |
| | | | COSTS          7,105.33 | 3220-610 | | | 137,736.20 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.64 | 137,460.56 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.96 | 137,253.60 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.83 | 137,062.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.30 | 136,852.47 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.84 | 136,655.63 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.00 | 136,465.63 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.93 | 136,249.70 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.94 | 136,060.76 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.66 | 135,872.10 |
| 03/07/16 | 111 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-30442, Bond No. 10BSBGR6291 | 2300-000 | | 83.28 | 135,788.82 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.40 | 135,574.42 |
| 04/19/16 | 112 | Law Offices of William J. Factor | FEES & EXPENSES TO COUNSEL | | | 12,166.93 | 123,407.49 |
| | | | 12,075.00 | 3210-000 | | | 123,407.49 |

Subtotals :    $50,000.00    $60,734.34

{} Asset reference(s)

Printed: 11/29/2016 07:36 PM    V.13.29

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-30442-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | FOTSIS, GEORGE | | Bank Name: | Rabobank, N.A. |
| | FOTSIS, TRACY | | Account: | ******8166 - Checking Account |
| Taxpayer ID #: | **-***1789 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/29/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 91.93 | 3220-000 | | | 123,407.49 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.98 | 123,219.51 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.18 | 123,046.33 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.17 | 122,852.16 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.34 | 122,681.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.57 | 122,488.25 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.69 | 122,312.56 |
| | | | ACCOUNT TOTALS | | 271,923.60 | 149,611.04 | $122,312.56 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 271,923.60 | 149,611.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $271,923.60 | $149,611.04 | |

|  |  |
|---|---|
| Net Receipts : | 271,923.60 |
| Net Estate : | $271,923.60 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8166 | 271,923.60 | 149,611.04 | 122,312.56 |
| | $271,923.60 | $149,611.04 | $122,312.56 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 29, 2013

**Case Number:** 12-30442-BWB
**Debtor Name:** FOTSIS, GEORGE

Page: 1

**Date:** November 29, 2016
**Time:** 07:36:16 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $83.28 | $83.28 | 0.00 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 184659.68] | $12,482.98 | $0.00 | 12,482.98 |
| ADMIN2 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $12,075.00 | $12,075.00 | 0.00 |
| ADMIN3 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $91.93 | $91.93 | 0.00 |
| ADMIN4 200 | WILLIAM WOJCIK<br>4550W 103RD<br>OAK LAWN, IL 60453 | Admin Ch. 7 | | $16,666.67 | $16,666.67 | 0.00 |
| ADMIN5 200 | WILLIAM WOJCIK<br>4550 W. 103RD STREET<br>OAK LAWN, IL 60453 | Admin Ch. 7 | | $7,105.33 | $7,105.33 | 0.00 |
| ADMIN6 200 | Clerk Of The U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | | $260.00 | $0.00 | 260.00 |
| 1 610 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $10,796.18 | $0.00 | 10,796.18 |
| 2 610 | Capital One Bank (USA), N.A.<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,487.44 | $0.00 | 2,487.44 |
| 3 610 | Capital One Bank (USA), N.A.<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,905.75 | $0.00 | 2,905.75 |
| 4 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $537.01 | $0.00 | 537.01 |
| 5 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,682.56 | $0.00 | 1,682.56 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 29, 2013

**Case Number:** 12-30442-BWB  
**Debtor Name:** FOTSIS, GEORGE

Page: 2

**Date:** November 29, 2016  
**Time:** 07:36:16 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 6 610 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE BANK, N.A.,by PRA Receivables Management LLC agent,POB Norfolk, VA 23541 | Unsecured | | $1,670.02 | $0.00 | 1,670.02 |
| 7 610 | City of Palos Heights Clerk Thomas Kantas 7607 W. College Drive Palos Heights, IL 60463 | Unsecured | | $2,061.91 | $0.00 | 2,061.91 |
| 1I 640 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Unsecured | | $80.35 | $0.00 | 80.35 |
| 2I 640 | Capital One Bank (USA), N.A. American InfoSource LP PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $18.51 | $0.00 | 18.51 |
| 3I 640 | Capital One Bank (USA), N.A. American InfoSource LP PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $21.63 | $0.00 | 21.63 |
| 4I 640 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured | | $4.00 | $0.00 | 4.00 |
| 5I 640 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $12.52 | $0.00 | 12.52 |
| 6I 640 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE BANK, N.A.,by PRA Receivables Management LLC agent,POB Norfolk, VA 23541 | Unsecured | | $12.43 | $0.00 | 12.43 |
| 7I 640 | City of Palos Heights Clerk Thomas Kantas 7607 W. College Drive Palos Heights, IL 60463 | Unsecured | | $15.35 | $0.00 | 15.35 |
| SURPLUS 650 | FOTSIS, GEORGE 16667 WATTERS DRIVE LOCKPORT, IL 60441 | Unsecured | | $87,263.92 | $0.00 | 87,263.92 |
| **<< Totals >>** | | | | 158,334.77 | 36,022.21 | 122,312.56 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-30442-BWB
Case Name: FOTSIS, GEORGE
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 122,312.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 122,312.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 12,482.98 | 0.00 | 12,482.98 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 12,075.00 | 12,075.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 91.93 | 91.93 | 0.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Other Fees: WILLIAM WOJCIK | 16,666.67 | 16,666.67 | 0.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 83.28 | 83.28 | 0.00 |
| Other Expenses: WILLIAM WOJCIK | 7,105.33 | 7,105.33 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 12,742.98
Remaining balance: $ 109,569.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 109,569.58

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 109,569.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,140.87 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 10,796.18 | 0.00 | 10,796.18 |
| 2 | Capital One Bank (USA), N.A. | 2,487.44 | 0.00 | 2,487.44 |
| 3 | Capital One Bank (USA), N.A. | 2,905.75 | 0.00 | 2,905.75 |
| 4 | GE Capital Retail Bank | 537.01 | 0.00 | 537.01 |
| 5 | Capital One, N.A. | 1,682.56 | 0.00 | 1,682.56 |
| 6 | Portfolio Recovery Associates, LLC | 1,670.02 | 0.00 | 1,670.02 |
| 7 | City of Palos Heights | 2,061.91 | 0.00 | 2,061.91 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,140.87 |
| Remaining balance: | $ | 87,428.71 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 87,428.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 87,428.71

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $164.79. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 87,263.92.

**UST Form 101-7-TFR (05/1/2011)**