IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Fotsis, George** | ) | No. 12B 30442 |
| **Fotsis, Tracy** | ) | |
| Debtor(s). | ) | |

### PROOF OF SERVICE

TO:     See Attached

I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 6, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

BY:/s/ Thomas B. Sullivan
　　　　Ch 7 Bankruptcy Trustee

Service List:


FIA Card Services, NA
P.O. Box 982284
El Paso, TX   7998-2238

Capital One Bank USA, NA
American InfoSource, LP
P.O. Box 71083
Charlotte, NC   28272-1083

Ge Capital Retail Bank
c/o Recovery Mgmt Systems corp.
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Portfolio Recovery Associates, LLC
Successor to Capital One Bank, NA
By PRA Receivables Mgmt LLC agent
P.O. Box 41067
Norfolk, VA   23541

City of Palos Heights
Clerk Thomas Kantas
7607 W. College Drive
Palos Heights, IL   60463

Paul Bach
paul@bachoffices.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov