# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: FOTSIS, GEORGE

      FOTSIS, TRACY

Debtor(s)

§   Case No. 12-30442-BWB
§
§
§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $254,380.00
*(without deducting any secured claims)*

Assets Exempt:  $40,595.00

Total Distribution to Claimants:$44,172.80

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration:$140,486.88

3) Total gross receipts of $       271,923.60    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       87,263.92  (see **Exhibit 2**), yielded net receipts of  $184,659.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $21,867.14 | $21,867.14 | $21,867.14 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 140,486.88 | 140,486.88 | 140,486.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 22,305.66 | 22,305.66 | 22,305.66 |
| **TOTAL DISBURSEMENTS** | $0.00 | $184,659.68 | $184,659.68 | $184,659.68 |

4)  This case was originally filed under Chapter 7 on July 31, 2012. The case was pending for 59 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2017            By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CASE/MOTORIST CLAIM | 1249-000 | 271,923.60 |
| **TOTAL GROSS RECEIPTS** | | **$271,923.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FOTSIS, GEORGE | Dividend paid 100.00% on $87,263.92; Claim# SURPLUS; Filed: $87,263.92; Reference: | 8200-002 | 87,263.92 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$87,263.92** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BLUE CROSS/BLUESHIELD OF ILLINOIS | 4220-000 | N/A | 15,216.54 | 15,216.54 | 15,216.54 |
| | PALOS COMMUNITY HOSPITAL | 4220-000 | N/A | 5,600.00 | 5,600.00 | 5,600.00 |
| | TINLEY WOODS SURGERY CENTER | 4220-000 | N/A | 440.60 | 440.60 | 440.60 |
| | EMERGENCY MEDICAL ASSOCIATES OF PALOS | 4220-000 | N/A | 610.00 | 610.00 | 610.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$21,867.14** | **$21,867.14** | **$21,867.14** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 83.28 | 83.28 | 83.28 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 12,482.98 | 12,482.98 | 12,482.98 |
| Law Offices of William J. Factor | 3210-000 | N/A | 12,075.00 | 12,075.00 | 12,075.00 |
| Law Offices of William J. Factor | 3220-000 | N/A | 91.93 | 91.93 | 91.93 |
| WILLIAM WOJCIK | 3410-580 | N/A | 16,666.67 | 16,666.67 | 16,666.67 |
| WILLIAM WOJCIK | 3220-610 | N/A | 7,105.33 | 7,105.33 | 7,105.33 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Rabobank, N.A. | 2600-000 | N/A | 242.60 | 242.60 | 242.60 |
| WILLIAM S WOJCIK | 3210-600 | N/A | 74,925.00 | 74,925.00 | 74,925.00 |
| WILLIAM S WOJCIK | 3220-610 | N/A | 9,395.22 | 9,395.22 | 9,395.22 |
| Rabobank, N.A. | 2600-000 | N/A | 210.11 | 210.11 | 210.11 |
| Rabobank, N.A. | 2600-000 | N/A | 213.96 | 213.96 | 213.96 |
| Rabobank, N.A. | 2600-000 | N/A | 200.66 | 200.66 | 200.66 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 113.08 | 113.08 | 113.08 |
| Rabobank, N.A. | 2600-000 | N/A | 180.92 | 180.92 | 180.92 |
| Rabobank, N.A. | 2600-000 | N/A | 187.03 | 187.03 | 187.03 |
| Rabobank, N.A. | 2600-000 | N/A | 206.11 | 206.11 | 206.11 |
| Rabobank, N.A. | 2600-000 | N/A | 192.91 | 192.91 | 192.91 |
| Rabobank, N.A. | 2600-000 | N/A | 186.22 | 186.22 | 186.22 |
| Rabobank, N.A. | 2600-000 | N/A | 213.56 | 213.56 | 213.56 |
| Rabobank, N.A. | 2600-000 | N/A | 188.33 | 188.33 | 188.33 |
| Rabobank, N.A. | 2600-000 | CLAIMS SCHEDULED | 207.53 | 207.53 | 207.53 |
| Rabobank, N.A. | 2600-000 | N/A | 200.73 | 200.73 | 200.73 |
| Rabobank, N.A. | 2600-000 | N/A | 174.57 | 174.57 | 174.57 |
| Rabobank, N.A. | 2600-000 | N/A | 219.56 | 219.56 | 219.56 |
| Rabobank, N.A. | 2600-000 | N/A | 193.40 | 193.40 | 193.40 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 127.97 | 127.97 | 127.97 |
| Rabobank, N.A. | 2600-000 | N/A | 180.25 | 180.25 | 180.25 |
| Rabobank, N.A. | 2600-000 | N/A | 205.65 | 205.65 | 205.65 |
| Rabobank, N.A. | 2600-000 | N/A | 192.39 | 192.39 | 192.39 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Claims | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 190.50 | 190.50 | 190.50 |
| Rabobank, N.A. | 2600-000 | N/A | 275.64 | 275.64 | 275.64 |
| Rabobank, N.A. | 2600-000 | N/A | 206.96 | 206.96 | 206.96 |
| Rabobank, N.A. | 2600-000 | N/A | 190.83 | 190.83 | 190.83 |
| Rabobank, N.A. | 2600-000 | N/A | 210.30 | 210.30 | 210.30 |
| Rabobank, N.A. | 2600-000 | N/A | 196.84 | 196.84 | 196.84 |
| Rabobank, N.A. | 2600-000 | N/A | 190.00 | 190.00 | 190.00 |
| Rabobank, N.A. | 2600-000 | N/A | 215.93 | 215.93 | 215.93 |
| Rabobank, N.A. | 2600-000 | N/A | 188.94 | 188.94 | 188.94 |
| Rabobank, N.A. | 2600-000 | N/A | 188.66 | 188.66 | 188.66 |
| Rabobank, N.A. | 2600-000 | N/A | 214.40 | 214.40 | 214.40 |
| Rabobank, N.A. | 2600-000 | N/A | 187.98 | 187.98 | 187.98 |
| Rabobank, N.A. | 2600-000 | N/A | 173.18 | 173.18 | 173.18 |
| Rabobank, N.A. | 2600-000 | N/A | 194.17 | 194.17 | 194.17 |
| Rabobank, N.A. | 2600-000 | N/A | 170.34 | 170.34 | 170.34 |
| Rabobank, N.A. | 2600-000 | N/A | 193.57 | 193.57 | 193.57 |
| Rabobank, N.A. | 2600-000 | N/A | 175.69 | 175.69 | 175.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $140,486.88 | $140,486.88 | $140,486.88 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 10,796.18 | 10,796.18 | 10,796.18 |
| 1I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 80.35 | 80.35 | 80.35 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,487.44 | 2,487.44 | 2,487.44 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 18.51 | 18.51 | 18.51 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,905.75 | 2,905.75 | 2,905.75 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 21.63 | 21.63 | 21.63 |
| 4 | GE Capital Retail Bank | 7100-000 | N/A | 537.01 | 537.01 | 537.01 |
| 4I | GE Capital Retail Bank | 7990-000 | N/A | 4.00 | 4.00 | 4.00 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 1,682.56 | 1,682.56 | 1,682.56 |
| 5I | Capital One, N.A. | 7990-000 | N/A | 12.52 | 12.52 | 12.52 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,670.02 | 1,670.02 | 1,670.02 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 12.43 | 12.43 | 12.43 |
| 7 | City of Palos Heights | 7100-000 | N/A | 2,061.91 | 2,061.91 | 2,061.91 |
| 7I | City of Palos Heights | 7990-000 | N/A | 15.35 | 15.35 | 15.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $22,305.66 | $22,305.66 | $22,305.66 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 12-30442-BWB | Trustee: (330180)   THOMAS B. SULLIVAN, TRUSTEE |
| Case Name: FOTSIS, GEORGE | Filed (f) or Converted (c): 07/31/12 (f) |
| FOTSIS, TRACY | §341(a) Meeting Date: 08/23/12 |
| Period Ending: 06/19/17 | Claims Bar Date: 07/29/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 16667 WATTERS DRIVE, LOCKPORT (u) | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 3 | FIRST MIDWEST | 2,100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 8 | JOHN HYNES PARKING TICKETS | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | DRIVERS LICENSE ILLINOIS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 KIA | 1,250.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 DODGE DURANGO | 15,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 DODGE NEON | 1,900.00 | 0.00 | | 0.00 | FA |
| 13 | PI CASE/MOTORIST CLAIM (u) | Unknown | 300,000.00 | | 271,923.60 | FA |
| 13 | **Assets  Totals** (Excluding unknown values) | **$254,380.00** | **$300,000.00** | | **$271,923.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL DISTRIBUTION MADE JANUARY 14, 2017; AWAITING CLEARANCE OF SAME; TDR TO FOLLOW

SENT TFR TO US TEE 10/24/16

AWAITING FEE APP FROM COUNSEL; NO RETURNS NEEDED; TFR TO FOLLOW

SETTLEMENT REACHED WITH ALLSTATE; ORDER ENTERED 12/17/14; AWAITING RECEIPT OF $50,000; FINAL TO FOLLOW

DENIED DEBTORS' EXEMPTION IN PI CASE; RECEIVED SETTLEMENT PROCEEDS FROM FARMER'S INSURANCE; PURSUING WIFE'S LOSS OF CONSORTIUM AND FAILURE TO SETTLE CLAIM;

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): June 30, 2014 | Current Projected Date Of Final Report (TFR): December 5, 2016 (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-30442-BWB

**Case Name:** FOTSIS, GEORGE
FOTSIS, TRACY

**Taxpayer ID #:** **-***1789

**Period Ending:** 06/19/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)

**Bank Name:** Rabobank, N.A.

**Account:** ******8166 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/13 | {13} | IL FARMERS INS COMPANY | SETTLEMENT OF MOTORIST CLAIM | 1249-000 | 220,000.00 | | 220,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.60 | 219,757.40 |
| 11/04/13 | 101 | WILLIAM S WOJCIK | FEES & EXPENSES TO SPECIAL COUNSEL PER ORDER OF 11/1/13 | | | 84,320.22 | 135,437.18 |
| | | | FEES                74,925.00 | 3210-600 | | | 135,437.18 |
| | | | EXPENSES         9,395.22 | 3220-610 | | | 135,437.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.11 | 135,227.07 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.96 | 135,013.11 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.66 | 134,812.45 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-30442, BOND#016026455 | 2300-000 | | 113.08 | 134,699.37 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.92 | 134,518.45 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.03 | 134,331.42 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.11 | 134,125.31 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.91 | 133,932.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.22 | 133,746.18 |
| 07/09/14 | {13} | ILLINOIS FARMERS INS CO | BALANCEOF ALLSTATE MEDICAL PAYMENT REIMBURSEMENT | 1249-000 | 1,923.60 | | 135,669.78 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.56 | 135,456.22 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.33 | 135,267.89 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.53 | 135,060.36 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.73 | 134,859.63 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.57 | 134,685.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.56 | 134,465.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.40 | 134,272.10 |
| 02/26/15 | 103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 127.97 | 134,144.13 |
| 02/26/15 | 103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -127.97 | 134,272.10 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 130.27 | 134,141.83 |

Subtotals :          $221,923.60          $87,781.77

{} Asset reference(s)

Printed: 06/19/2017 08:28 PM    V.13.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 12-30442-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) | | |
| **Case Name:** | FOTSIS, GEORGE | | **Bank Name:** | Rabobank, N.A. | | |
| | FOTSIS, TRACY | | **Account:** | ******8166 - Checking Account | | |
| **Taxpayer ID #:** | **-***1789 | | **Blanket Bond:** | $5,000,000.00  (per case limit) | | |
| **Period Ending:** | 06/19/17 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -130.27 | 134,272.10 |
| 02/26/15 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30442, BOND NUMBER 10BSBGR6291 | 2300-000 | | 127.97 | 134,144.13 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.25 | 133,963.88 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.65 | 133,758.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.39 | 133,565.84 |
| 05/26/15 | {13} | ALLSTATE INSURANCE COMPANY | SETTLEMENT FUNDS | 1249-000 | 50,000.00 | | 183,565.84 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.50 | 183,375.34 |
| 06/08/15 | 106 | BLUE CROSS/BLUESHIELD OF ILLINOIS | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 15,216.54 | 168,158.80 |
| 06/08/15 | 107 | PALOS COMMUNITY HOSPITAL | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 5,600.00 | 162,558.80 |
| 06/08/15 | 108 | TINLEY WOODS SURGERY CENTER | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 440.60 | 162,118.20 |
| 06/08/15 | 109 | EMERGENCY  MEDICAL ASSOCIATES OF PALOS | SATISFACTION OF MEDICAL LIENS | 4220-000 | | 610.00 | 161,508.20 |
| 06/08/15 | 110 | WILLIAM S WOJCIK, LTD | FEES AND COSTS TO SPECIAL COUNSEL | | | 23,772.00 | 137,736.20 |
| | | | FEES                 16,666.67 | 3410-580 | | | 137,736.20 |
| | | | COSTS                 7,105.33 | 3220-610 | | | 137,736.20 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.64 | 137,460.56 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.96 | 137,253.60 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.83 | 137,062.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.30 | 136,852.47 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.84 | 136,655.63 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.00 | 136,465.63 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.93 | 136,249.70 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.94 | 136,060.76 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.66 | 135,872.10 |
| 03/07/16 | 111 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-30442, Bond No. 10BSBGR6291 | 2300-000 | | 83.28 | 135,788.82 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.40 | 135,574.42 |
| 04/19/16 | 112 | Law Offices of William J. Factor | FEES & EXPENSES TO COUNSEL | | | 12,166.93 | 123,407.49 |
| | | | 12,075.00 | 3210-000 | | | 123,407.49 |
| | | | Subtotals : | | $50,000.00 | $60,734.34 | |

{} Asset reference(s)

Printed: 06/19/2017 08:28 PM     V.13.29

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-30442-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** FOTSIS, GEORGE | **Bank Name:** Rabobank, N.A. |
| FOTSIS, TRACY | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***1789 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/19/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 91.93 | 3220-000 | | | 123,407.49 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.98 | 123,219.51 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.18 | 123,046.33 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.17 | 122,852.16 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.34 | 122,681.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.57 | 122,488.25 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.69 | 122,312.56 |
| 01/14/17 | 113 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $12,482.98, Trustee Compensation;  Reference: | 2100-000 | | 12,482.98 | 109,829.58 |
| 01/14/17 | 114 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 109,569.58 |
| 01/14/17 | 115 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $10,796.18; Claim# 1; Filed: $10,796.18; Reference: | 7100-000 | | 10,796.18 | 98,773.40 |
| 01/14/17 | 116 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,487.44; Claim# 2; Filed: $2,487.44; Reference: | 7100-000 | | 2,487.44 | 96,285.96 |
| 01/14/17 | 117 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,905.75; Claim# 3; Filed: $2,905.75; Reference: | 7100-000 | | 2,905.75 | 93,380.21 |
| 01/14/17 | 118 | GE Capital Retail Bank | Dividend paid 100.00% on $537.01; Claim# 4; Filed: $537.01; Reference: | 7100-000 | | 537.01 | 92,843.20 |
| 01/14/17 | 119 | Capital One, N.A. | Dividend paid 100.00% on $1,682.56; Claim# 5; Filed: $1,682.56; Reference: | 7100-000 | | 1,682.56 | 91,160.64 |
| 01/14/17 | 120 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $1,670.02; Claim# 6; Filed: $1,670.02; Reference: | 7100-000 | | 1,670.02 | 89,490.62 |
| 01/14/17 | 121 | City of Palos Heights | Dividend paid 100.00% on $2,061.91; Claim# 7; Filed: $2,061.91; Reference: | 7100-000 | | 2,061.91 | 87,428.71 |
| 01/14/17 | 122 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $80.35; Claim# 1l; Filed: $80.35; Reference: | 7990-000 | | 80.35 | 87,348.36 |
| 01/14/17 | 123 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $18.51; Claim# 2l; Filed: $18.51; Reference: | 7990-000 | | 18.51 | 87,329.85 |
| 01/14/17 | 124 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $21.63; Claim# 3l; Filed: $21.63; Reference: | 7990-000 | | 21.63 | 87,308.22 |
| 01/14/17 | 125 | GE Capital Retail Bank | Dividend paid 100.00% on $4.00; Claim# 4l; Filed: $4.00; Reference: | 7990-000 | | 4.00 | 87,304.22 |
| 01/14/17 | 126 | Capital One, N.A. | Dividend paid 100.00% on $12.52; Claim# 5l; Filed: $12.52; Reference: | 7990-000 | | 12.52 | 87,291.70 |
| 01/14/17 | 127 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $12.43; Claim# 6l; Filed: $12.43; Reference: | 7990-000 | | 12.43 | 87,279.27 |

Subtotals :   $0.00   $36,128.22

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 12-30442-BWB | | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) | |
| Case Name: | FOTSIS, GEORGE | | | Bank Name: | Rabobank, N.A. | |
| | FOTSIS, TRACY | | | Account: | ******8166 - Checking Account | |
| Taxpayer ID #: | **-***1789 | | | Blanket Bond: | $5,000,000.00  (per case limit) | |
| Period Ending: | 06/19/17 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/17 | 128 | City of Palos Heights | Dividend paid 100.00% on $15.35; Claim# 7I;<br>Filed: $15.35; Reference: | 7990-000 | | 15.35 | 87,263.92 |
| 01/14/17 | 129 | FOTSIS, GEORGE | Dividend paid 100.00% on $87,263.92; Claim#<br>SURPLUS; Filed: $87,263.92; Reference: | 8200-002 | | 87,263.92 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 271,923.60 | 271,923.60 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 271,923.60 | 271,923.60 | |
| Less: Payments to Debtors | | 87,263.92 | |
| NET Receipts / Disbursements | $271,923.60 | $184,659.68 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******8166 | 271,923.60 | 184,659.68 | 0.00 |
| | $271,923.60 | $184,659.68 | $0.00 |

{} Asset reference(s)

Printed: 06/19/2017 08:28 PM    V.13.29